UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CENTRAL LABORERS' PENSION FUND,  )
CENTRAL LABORERS' PENSION SUPPLEMENTAL FUND,  )
CENTRAL LABORERS' WELFARE FUND,  )
CENTRAL LABORERS' RETIREE WELFARE FUND, and the  )
CENTRAL LABORERS' ANNUITY FUND,  )
)
           Plaintiffs,  )
)
v.  )   Case No.: **13-619**
)
LATIN PAVERS INC.,  )   Judge Ruben Castillo
an Illinois corporation,  )
)
           Defendant(s).  )

## **MOTION FOR JUDGMENT ORDER**

Plaintiffs CENTRAL LABORERS' PENSION FUND, *et al.*, by their attorneys and pursuant to Federal Rules of Civil Procedure 55 and 54, respectfully move this Court to enter a default order and default judgment in favor of Plaintiffs and against Defendant, and in support of their motion Plaintiffs state as follows:

1.    This is an ERISA action to collect employer contributions and related amounts owed to fringe benefit funds.

2.    Plaintiffs filed their complaint on October 25, 2012. (Docket Entry # 1.) Plaintiffs' complaint pleads damages of not less than $3,943.34, plus interest, costs and attorney fees. (See Docket Entry #1.)

3.    Defendant LATIN PAVERS INC. was served with the complaint and summons on February 6, 2013, by a Will County Sheriff deputy. (Docket Entry # 4.) A copy of the return of service is attached as *Exhibit A*.

4.    Defendant LATIN PAVERS INC. has failed to plead or otherwise respond to the summons and complaint.

5. This court entered a default order against Defendant LATIN PAVERS INC. on February 28, 2013, a copy of which is attached as *Exhibit B*. (Docket Entry # 5.)

6. Plaintiffs are entitled to a default judgment against Defendant in an amount not less than $3,943.34 for delinquent fringe benefit contributions and related work dues, and late payment assessments for delinquent fringe benefit contributions, all as alleged in the complaint. In support, Plaintiffs attach the *Affidavit* of Plaintiffs' Employer Contributions Department Director Roger Shoup as *Exhibit C*.

7. ERISA provides that upon recovery of unpaid benefit contributions by a fiduciary of a benefit plan, "the court *shall* award the plan...reasonable attorney's fees and costs of the action, to be paid by the defendant." 29 U.S.C. § 1132(g)(2)(D) (emphasis added). An award of attorneys' fees under this section is non-discretionary. Plumbers' Pension Fund v. Domas Mech. Contractors, Inc., 778 F.2d 1266, 1271 (7th Cir. 1985); Laborers' Pension Fund v. Blackmore Sewer Const., Inc., 298 F.3d 600, 608 (7th Cir. 2002). The Seventh Circuit flatly rejected the notion that the fees must be calculated proportionally to damages, opining that "it is absolutely permissible to spend $100,000 litigating what is known to be a $10,000 claim if that is a reasonable method of achieving the result." Anderson v. AB Painting, 578 F.3d 542, 546 (7th Cir. 2009).

8. Upon the entry of judgment, Plaintiffs are entitled to an award of reasonable attorneys' fees and costs under § 1132(g)(2)(D).

9. Plaintiffs expended $350.00 in court costs in this action. (See Docket Entry # 1.)

10. Plaintiffs expended not less than $40.00 in process server fees in this action. (See, e.g., *Exhibit D*.)

11. Plaintiffs expended not less than $1,121.25 in attorney's fees in this action.

12. In support of an additional money judgment in the amount of $1,511.25 for costs ($350.00 + $40.00) and attorneys' fees ($1,121.25) to date, Plaintiffs attach a fees and costs affidavit as *Exhibit D*.

WHEREFORE, Plaintiffs respectfully ask that the Court enter a default judgment in an amount not less than $5,454.59 in favor of Plaintiffs and against Defendant LATIN PAVERS INC., pursuant to Federal Rules of Civil Procedure 55 and 54.

**Respectfully submitted,**

CENTRAL LABORERS' PENSION FUND, *et al.*

By: /s/ *Richard A. Toth*

Richard A. Toth
DALEY AND GEORGES, LTD.
*Attorneys for Plaintiffs*
20 S. Clark St., Suite 400
Chicago, Illinois 60603
(312) 726-8797
Fax: (312) 726-8819
E-mail: rtoth@daleygeorges.com

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

CENTRAL LABORERS' PENSION FUND,
CENTRAL LABORERS' WELFARE FUND,
CENTRAL LABORERS' ANNUITY FUND
et al.

V.

LATIN PAVERS INC.

CASE NUMBER: 13-cv-00619

ASSIGNED JUDGE: Ruben Castillo

DESIGNATED MAGISTRATE JUDGE: Susan E. Cox

TO: (Name and address of Defendant)

LATIN PAVERS INC.
c/o George M. Stuhr, its Registered Agent
54 N Ottawa St., Suite 200
Joliet, IL 60432

*(Received 13 JAN 29 AM - Will County Sheriff's Office)*

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Richard A. Toth
DALEY AND GEORGE, LTD.
20 S. Clark St., Suite 400
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within __twenty-one (21)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

The

(By) THOMAS G. BRUTON, CLERK



(By) DEPUTY CLERK

DATE

January 25, 2013

DATE



EXHIBIT A

```
CASE NUMBER: 13 00619 00                          WILL COUNTY SHERIFF'S OFFICE
------------------------------------------  ============ ATTORNEY ==============
                                            RICHARD A TOTH
CENTRAL LABORERS FUNDS                      DALEY & GEORGE LTD        PAID
    -VS-                                    20 S CLARK ST STE 400  PAID FEB 04 2013
LATIN PAVERS INC.                           CHICAGO, IL 60603      PAID
                                            (312) 726-8797
============ DESCRIPTION ============  ========= ATTEMPTED SERVICES =========
                                       DATE          TIME           BADGE #
SUMMONS & COMPLAINT

ISSUED:  2/ 4/13      EXPIRES:  2/25/13
FEES:    40.00        EVC/DEP:

======== PERSON TO BE SERVED =========
                                       NOTES:
LATIN PAVERS INC.                      C/O GEORGE M. STUHR-REGISTERED AGENT
54 N. OTTAWA ST. STE 200
JOLIET, IL 60432
```

I CERTIFY THAT I HAVE SERVED THE ATTACHED PROCESS ON THE DEFENDANT AS FOLLOWS:

(A) [X] PERSONAL SERVICE: BY LEAVING A COPY OF THE [X] SUMM/COMP ___CITATION ___RULE ___ORDER ___SUBPEONA ___NOTICE ___JUDGEMENT ___SUMMONS/PETITION FOR ORDER OF PROTECTION ___ORDER OF PROTECTION. ___CIVIL NO-CONTACT ORDER.

(B) ___ SUBSTITUTE SERVICE: BY LEAVING A COPY OF THE ___SUMM/COMP ___CITATION ___NOTICE ___JUDGEMENT ___ORDER OF POSSESSION AT THE USUAL PLACE OF ABODE WITH SOME PERSON OF THE FAMILY 13 YEARS OR OLDER AND INFORMING SAID PERSON OF THE CONTENTS. ALSO, A COPY OF THE WRIT WAS MAILED TO THE DEFENDANT AT HIS/HER USUAL PLACE OF ABODE ON _____.(date)

(C) ___ SERVICE ON: ___CORPORATION ___COMPANY ___BUSINESS by leaving a COPY OF THE ___SUMM/COMP ___CITATION ___RULE ___ORDER ___NOTICE ___JUDGEMENT ___SUBPOENA WITH THE REGISTERED AGENT, AUTHORIZED PERSON OR PARTNER OF THE DEFENDANT.

(D) ___ OTHER SERVICE: ___CERTIFIED MAIL ___POSTING

(E) ___ THE NAMED DEFENDANT WAS NOT SERVED: ___MOVED ___NOT LISTED ___RETURNED BY ATTY. ___EXPIRED ___NO CONTACT ___NO SUCH ADDRESS ___DECEASED ___OTHER REASON

PERSON TO BE SERVED: GEORGE STUAR
SERVING ADDRESS: 54 N. OTTAWA
WRIT SERVED ON: SAME                RELATIONSHIP: _____
SEX M (M/F)  RACE W  DOB ___
THIS 6 DAY OF FEB 20 13 TIME 1:00 HOURS
PAUL J. KAUPAS, SHERIFF, BY _Bottino_ DEPUTY # 941

REMARKS: _____

JNK30351059

**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 5.1.1**
**Eastern Division**

Central Laborers' Pension Fund, et al.
                                        Plaintiff,

v.                                                                  Case No.: 1:13−cv−00619
                                                                  Honorable Ruben Castillo

Latin Pavers Inc.
                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 28, 2013:

      MINUTE entry before Honorable Ruben Castillo:After a careful review of the case docket, the Court hereby defaults defendant Latin Pavers, Inc. for failure to timely appear, answer or otherwise plead to Plaintiff's complaint. The Court will retain jurisdiction to enter a final judgment order. The parties should fully exhaust all settlement possibilities prior to filing any further pleadings. Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.


EXHIBIT B

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CENTRAL LABORERS' PENSION FUND, ) | |
| CENTRAL LABORERS' PENSION SUPPLEMENTAL FUND, ) | |
| CENTRAL LABORERS' WELFARE FUND, ) | |
| CENTRAL LABORERS' RETIREE WELFARE FUND, and the ) | |
| CENTRAL LABORERS' ANNUITY FUND, ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | Case No.: 1:13-cv-00619 |
| ) | |
| LATIN PAVERS INC., ) | Judge Ruben Castillo |
| an Illinois corporation, ) | |
| ) | |
| Defendant(s). ) | |

## AFFIDAVIT OF ROGER SHOUP

I, Roger Shoup, affiant, being first duly sworn on oath, depose and say as follows:

1. I am presently the Employer Contributions department Director of the CENTRAL LABORERS' PENSION, WELFARE AND ANNUITY FUNDS (the "Funds") and have held that position since 2008. By virtue of my authority in that position I have direct personal knowledge of all facts stated in this *Affidavit* and if called as a witness could give testimony with respect thereto.

2. Defendants LATIN PAVERS INC. owes the Funds not less than **$3,943.34**, consisting of audit liabilities for delinquent fringe benefit contributions, work dues, and late payment assessments. I have attached to my affidavit a schedule detailing all outstanding contributions and penalties due, marked *Exhibit 1* and made a part hereof. The schedule accurately reflects the known amounts owed by Defendant LATIN PAVERS INC. to the Funds.

3. The Trustees of the CENTRAL LABORERS PENSION, WELFARE and ANNUITY FUNDS have retained the law firm of Daley and Georges, Ltd., 20 S. Clark Street, Chicago, Illinois, to pursue the collection of the above-stated delinquent contributions and assessment penalties and have made payments to that law firm for legal fees incurred in the collection of the assessments.

_____
ROGER SHOUP

Subscribed and sworn to before me
this March 19, 2013.

_____
NOTARY PUBLIC

OFFICIAL SEAL
PAULETTE NORRIS
Notary Public – State of Illinois
My Commission Expires December 07, 2016

EXHIBIT C

*Exhibit Sharp-1*

Revised 01/17/2013

Latin Paving, Inc.
1200 Channahon Rd.
Joliet, IL 60436

Delinquent Contributions: (07/08, 11/10, 11/11, 05-07/12 L.393)

| | | |
|---|---:|---:|
| Pension | $1,037.53 | |
| Pension Supp | 262.01 | |
| NC Welfare | 1,241.45 | |
| NI Welfare | 88.83 | |
| NI Annuity | 86.03 | |
| Training | 131.60 | |
| NC LECET | 23.51 | |
| NC MRFFC | 16.45 | |
| NC ILLEG | 24.68 | |
| Mkt Pres | 41.13 | |
| NC Vacation | 411.25 | |
| NC IVLM | 1.92 | |
| IAF IV | 6.72 | |
| Work Dues | 211.74 | |
| Sub Total | $3,584.85 | |
| Liquidated Damages | 358.49 | |
| Total | $3,943.34 | $3,943.34 |
| | | |
| **Grand Total Due** | | **$3,943.34** |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CENTRAL LABORERS' PENSION FUND, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Case No.: **13-619** |
| v. | ) | |
| | ) | Judge Ruben Castillo |
| LATIN PAVERS INC., | ) | |
| an Illinois corporation, | ) | |
| | ) | |
| Defendant(s). | ) | |

### AFFIDAVIT REGARDING FEES AND COSTS

I, Richard A. Toth, affiant, duly sworn on oath, depose and say as follows:

1. I am of legal age, without disability to render testimony and understand that I make this affidavit under an obligation to state truthfully the matters set forth in this affidavit.

2. I am an attorney, licensed since 1994 to practice law in the State of Illinois, the U.S. District Court for the Northern District of Illinois, and the U.S. District Court for the Central District of Illinois. I am Plaintiffs' attorney of record in this case.

3. I am employed as an attorney by the law firm of Daley and Georges, Ltd., 20 S. Clark, Chicago, Illinois. In that employment I have represented local unions and ERISA funds since 1994, including but not limited to work for a Sheet Metal Workers' International Association local union and its affiliated ERSIA funds, International Brotherhood of Electrical Workers' affiliated ERISA funds, and Laborers' International Union of North America affiliated ERISA funds.

4. The law firm of Daley and Georges, Ltd. bills Plaintiffs in this case at the rate of $195 per hour. This rate is lower than the firm's (and my own) standard hourly rate. I have been paid at the same or higher rate in other cases before U.S. District Courts. The hourly rate charged is more than fair and reasonable given my level of experience.

5. The attached breakdown ("*Exhibit 1*") of costs is correct and such costs have been necessarily incurred in the case. The attached breakdown also lists hours actually worked in this case and the services for which fees have been charged were actually and necessarily performed. The time spent by this firm was worked in the course of collection of delinquent contributions, liquidated damages, and interest pursuant to Section 1132 of ERISA. Plaintiffs have paid all invoices submitted to them.

                                                                                    _____
                                                                                    RICHARD A. TOTH

Subscribed and sworn to
before me this May 20, 2013.

_____
NOTARY PUBLIC





# EXHIBIT Toth-1
## 13-cv-619
CENTRAL LABORERS' PENSION FUND, *et al*. v.
LATIN PAVERS INC.

**FEES**

| Date | Description | Hours |
|---|---|---|
| 12/17/13 | Receipt and review of referral materials; check corporate status; conflict check; open file; update report; investigation regarding employer. | 0.50 |
| 01/15/13 | Drafting complaint; proofreading. | 0.75 |
| 01/17/13 | Receipt and review of correspondence and revised claim breakdown from Fund Office; incorporate into complaint. | 0.25 |
| 01/23/13 | Receipt of assignments; preapre and submit summonses. | 0.25 |
| 01/25/13 | Finalize and file complaint; preapre and file cover sheet and appearance. | 0.75 |
| 01/28/13 | Telephone conference with Will County Sheriff's office; letter to same; prepare materials for process server. | 0.25 |
| 02/11/13 | Receipt and review of return of service; prepare for filing and file same; docket default date; client update. | 0.25 |
| 02/27/13 | Check court docket; initial drafting of motion for default. | 0.25 |
| 02/28/13 | Receive and review court minute entry / default order; telephone conference with Fund Office. | 0.25 |
| 03/19/13 | Receipt and review of correspondence and documents from Fund Office. | 0.25 |
| 05/20/13 | Drafting motion and related affidavits; prepare for filing and file same. Prepare draft order; transmit same to judge's clerk. | 1.25 |
| 05/28/13 | Appearance in court on motion for default judgment. | 0.75 |
| | **Total hours:** | **5.75** |

**TOTAL FEES (@ $195/hour):** $1,121.25

**COSTS**

| Date | Description | Amount |
|---|---|---|
| 01/25/13 | Filing fee to Clerk, U.S. District Court (see Docket Entry #1) | $350.00 |
| 01/25/13 | Fee for service of process to Sheriff of Will County (see Docket Entry #4) | $40.00 |

**TOTAL COSTS:** $390.00

**TOTAL FEES AND COSTS:** $ 1,511.25